UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Case No. 3:25-mj-00886-BW *SEALED* |
| FANGZHOU CHEN | | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Sept. 10, 2025

_____
Defendant's Signature

_____
Signature of defendant's attorney

Curt Crum    24001949
Printed name and bar number of defendant's attorney

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 10 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy